SEALED
Unsealed 5/19/11

2011 MAY 17 PM 3:35

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. '11 CR 1952 JAH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Sec. 1349 - Conspiracy to Commit Mail, Wire, and Bank Fraud; Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 18, U.S.C., Sec. 1343 - Wire Fraud; Title 18, U.S.C., Sec. 1344 - Bank Fraud; Title 18, U.S.C., Sec. 1029(a)(2) - Access Device Fraud; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| KATHLEEN WURTS, ) | |
| Defendant. ) | |

The grand jury charges:

INTRODUCTORY ALLEGATIONS

At all times pertinent to this Indictment:

1. KATHLEEN WURTS resides in Escondido, California, which is in the Southern District of California.

2. The Internet is a global system of interconnected computer networks that use the standard Internet Protocol Suite (TCP/IP) to serve billions of users worldwide.

3. Craigslist is a centralized network of online communities, featuring free online classified advertisements - with sections devoted to jobs, housing, personals, for sale, services, community, gigs, résumés, and discussion forums. Craigslist hosts its website on the Internet at http://www.craigslist.com.

JJO:kst:San Diego
5/12/11

4. Yahoo! Inc. is corporation that provides services via the Internet, such as a web portal, search engine (Yahoo! Search), a directory (Yahoo! Directory), email (Yahoo! Mail), chat rooms, news (Yahoo! News), advertising, online mapping (Yahoo! Maps), video sharing (Yahoo! Video), and social media websites and services. Yahoo! Inc. hosts its website on the Internet at http://www.yahoo.com.

5. The United States Postal Service (USPS) is an independent agency of the United States government responsible for providing postal service in the United States.

6. "Click-N-Ship" is a service offered by USPS which allows customers to create pre-paid shipping labels on standard printing paper. This covers the postage due and includes a free delivery confirmation number to show the date and time of delivery or an attempted delivery. Minus the cost of postage, there is no fee for users to create labels for Priority Mail, Express Mail, Global Priority Mail or Global Express Mail. For both domestic and international Priority Mail and Express Mail, postage offered through Click-N-Ship is discounted from retail rates. Click-N-Ship is a service available on USPS' website at http://www.usps.com.

7. Federal Express (FedEx) and United Parcel Service (UPS) are interstate and international commercial carriers, with shipping services available in San Diego and Escondido, California.

8. The Western Union Company (Western Union) is a financial services and communications business that has a number of divisions, with products such as person-to-person money transfer, money orders, and commercial services. Western Union has locations in San Diego and Escondido, California.

//

9. MoneyGram International Inc. (MoneyGram) is a global money transfer company that offers its services to consumers and businesses through a network of agents and financial institution customers. MoneyGram has locations in San Diego and Escondido, California.

10. An "access device" means any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number, or other telecommunications service, equipment or instrument identifier, or other means of account access that can be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument), as defined in Title 18, United States Code, Section 1029(e)(1).

11. An "unauthorized access device" means any access device that is lost, stolen, expired, revoked, canceled, or obtained with intent to defraud, as defined in Title 18, United States Code, Section 1029(e)(3).

## Count 1

### CONSPIRACY TO COMMIT MAIL, WIRE, AND BANK FRAUD

[18 U.S.C. § 1349]

12. The allegations set forth in paragraphs 1 through 11 above are realleged as if fully set forth herein.

### The Conspiracy

13. Beginning on a date unknown to the grand jury, and continuing through on or about at least April 2010, within the Southern District of California, and elsewhere, defendant KATHLEEN WURTS (hereinafter referred to as "defendant WURTS"), did knowingly and intentionally conspire with others known and unknown to the grand

3

1 | jury to commit offenses against the United States, that is to
2 | knowingly devise a material scheme and artifice to defraud and to
3 | obtain money and property by means of materially false and fraudulent
4 | pretenses, representations and promises, and by intentional
5 | concealment and omission of material facts, and in executing said
6 | scheme, deposited and caused to be deposited matters and things to be
7 | sent and delivered by the United States Postal Service and private and
8 | commercial interstate carriers, and caused matters and things to be
9 | delivered by the United States Postal Service and private and
10 | commercial interstate carriers according to the direction thereon, and
11 | caused writings, signs, signals, and sounds to be transmitted by means
12 | of wire in interstate commerce, and caused to be drafted and
13 | transacted checks drawn on an account at a financial institution in
14 | order to obtain any of the moneys, funds, credits, assets, securities
15 | and other property owned by, or under the custody or control of, a
16 | financial institution by means of false and fraudulent pretenses,
17 | representations, and promises; in violation of Title 18, United States
18 | Code, Sections 1341, 1343, and 1344.

19 |     14. It was part of the conspiracy that defendant WURTS and
20 | others used the Internet to defraud victims who were seeking
21 | employment, to purchase and sell items, to rent real property, and to
22 | purchase real property. In order to further the conspiracy, defendant
23 | WURTS and others used websites such as craigslist.com and yahoo.com
24 | to target their victims.
25 | //
26 | //
27 | //
28 | //

15. It was a further part of the conspiracy that defendant WURTS and others developed a scheme and artifice to defraud as to material matters and to obtain money by means of materially false pretenses, representations, and promises that defendant WURTS, acting with the intent to defraud, did the following:

 a. that defendant WURTS used, among other things, her computers and computer equipment at her residence in the Southern District of California to carry out the scheme described herein.

 b. that defendant WURTS communicated by instant message, email, and other electronic means with individuals she knew as: "Samuel James" or "ChillyJames" (James), "Julie Hopper" (Hopper), "David Milligan" (Milligan), "Michael Gray" (Gray), and "David Smith" (Smith);

 c. that defendant WURTS received by USPS, FedEx, UPS, and by other means, from various countries, including Nigeria, Abu Dhabi, and the United Kingdom, counterfeit money orders and travelers' cheques;

 d. that defendant WURTS communicated with James, Hopper, Milligan, Gray, Smith, and others, by email, instant message, and other means, and received name lists, addresses, bank account numbers, credit card numbers, and other information, that defendant WURTS used to fill out the counterfeit money orders and counterfeit travelers' cheques, and to create fraudulent checks;

 e. that defendant WURTS communicated with James, Hopper, Milligan, Gray, Smith, and others, by email, instant message, and other means, and received directions and shipping instructions from James, Hopper, Milligan, Gray, Smith, and others to send the counterfeit money orders, fraudulent checks, and counterfeit

travelers' cheques to potential victims throughout the United States, Canada, and elsewhere.

  f. that defendant WURTS purchased a check-writing software program, loaded the software program on her computers, and used the software to create fraudulent checks as part of the scheme to defraud;

  g. that defendant WURTS used stolen bank account numbers sent to her by email to fill in the bank account information on the fraudulent checks;

  h. that defendant WURTS opened up online accounts with Click-N-Ship using stolen identities and used stolen credit card numbers without the owners' consent or authorization to purchase postage and print shipping labels through Click-N-Ship.

  i. that defendant WURTS used USPS, FedEx, and UPS, and other means, to mail out packages containing the counterfeit money orders, fraudulent checks, and counterfeit travelers' cheques to the victims of the fraud who responded to online postings on websites such as craigslist.com and yahoo.com.

16. It was a further part of the conspiracy that defendant WURTS and others would communicate with potential victims and send materials and money to these victims through the mails and wires;

17. It was a further part of the conspiracy that defendant WURTS would and did receive payment through money transfer companies, including Western Union and MoneyGram, for her role in the conspiracy.

18. It was a further part of the conspiracy that defendant WURTS would and did wire transfer payments to James and others from the United States to Nigeria, through Western Union and MoneyGram.

//
//

1    19. It was a further part of the conspiracy that defendant WURTS committed all of the acts described above and carried out the scheme to defraud despite making false statements to federal agents and receiving warnings from federal agents that she was engaged in fraud.

20. It was a further part of the conspiracy that defendant WURTS and others intended to cause and caused the victims of the scheme to defraud to lose money and property.

21. It was a further part of the conspiracy that defendant WURTS and others would and did convert to their own personal use and benefit a portion of the funds received from the scheme to defraud.

All in violation of Title 18, United States Code, Section 1349.

## Counts 2 - 9

### MAIL FRAUD

[18 U.S.C. § 1341]

22. The allegations set forth in paragraphs 1 through 11 and 14 through 21 above are realleged as if fully set forth herein.

23. Beginning on a date unknown to the grand jury, and continuing up to and including at least April 2010, within the Southern District of California, and elsewhere, defendant KATHLEEN WURTS (hereinafter referred to as "defendant WURTS"), did devise and intend to devise, with the intent to defraud, a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment and omission of material facts.

**The Mailings**

24. On or about the dates set forth below (Column "A"), within the Southern District of California and elsewhere, defendant KATHLEEN WURTS, for the purpose of executing the aforesaid material scheme and

attempting to do so, knowingly caused to be placed in any post office and authorized depository for mail matter any matter and thing whatever to be sent and delivered by the United States Postal Service and private and commercial interstate carriers, as more particularly described below (Column "B"):

| | "A" | | "B" |
|---|---|---|---|
| Count | Date | | Item |
| 2 | February 18, 2009 | | Package mailed from Nigeria and addressed to Kathleen Wurts in Escondido, California, containing counterfeit money orders, with a total value of approximately $189,000 |
| 3 | March 29, 2009 | | Package mailed from Nigeria and addressed to Kathleen Wurts in Escondido, California, containing counterfeit money orders, with a total value of approximately $186,000 |
| 4 | September 23, 2009 | | Package mailed by Kathleen Wurts to Shannon Farner, containing a fraudulent check for $2,450 |
| 5 | October 6, 2009 | | Package mailed by Kathleen Wurts to James Huang, containing a fraudulent check for $3,850 |
| 6 | November 5, 2009 | | Package mailed by Kathleen Wurts to Marisela Aguilar, containing a fraudulent check for $2,550 |
| 7 | November 12, 2009 | | Package mailed by Kathleen Wurts to Sharon Vizcaya, containing a fraudulent check for $2,550 |
| 8 | December 20, 2009 | | Package mailed by Kathleen Wurts to Tracy Beasley, containing a fraudulent check for $2,565.55 |
| 9 | March 12, 2010 | | Package mailed from Abu Dhabi and addressed to Kathleen Wurts in Escondido, California, containing counterfeit American Express travelers' cheques, with a total value of approximately $303,000 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

//

## Counts 10 - 13

### WIRE FRAUD

[18 U.S.C. § 1343]

25. The allegations set forth in paragraphs 1 through 11 and 14 through 21 above are realleged as if fully set forth herein.

26. Beginning on a date unknown to the grand jury, and continuing up to and including at least April 2010, within the Southern District of California, and elsewhere, defendant KATHLEEN WURTS (hereinafter referred to as "defendant WURTS"), did devise and intend to devise, with the intent to defraud, a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment and omission of material facts.

### The Wires

27. On or about the dates set forth below (Column "A"), within the Southern District of California and elsewhere, defendant KATHLEEN WURTS, for the purpose of executing the aforesaid material scheme and attempting to do so, knowingly caused writings, signs, signals, and sounds to be transmitted by means of wire in interstate commerce, as more particularly described below (Column "B"):

| | "A" | "B" |
|---|---|---|
| Count | Date | Communication |
| 10 | July 23, 2006 | Western Union wire transfer from Escondido, CA to Lagos, Nigeria, in the amount of $2,500.00. |
| 11 | July 31, 2006 | Western Union wire transfer from Escondido, CA to Iso La, Nigeria, in the amount of $2,850.00. |
| 12 | August 22, 2007 | Western Union wire transfer from Escondido, CA to Ikeja, Nigeria, in the amount of $2,821.00. |

| | | |
|---|---|---|
| 13 | August 29, 2007 | Western Union wire transfer from Escondido, CA to Ikeja, Nigeria, in the amount of $2,075.00. |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## Count 14

### BANK FRAUD

[18 U.S.C. § 1344]

28. The allegations set forth in paragraphs 1 through 11 and 14 through 21 above are realleged as if fully set forth herein.

29. On or about March 6, 2009, within the Southern District of California and elsewhere, defendant KATHLEEN WURTS (hereinafter referred to as "defendant WURTS"), did knowingly execute and attempt to execute a scheme and artifice, with the intent to defraud, and obtain money and funds owned by or under the custody and control of Prosperity Bank, a federally insured financial institution, by means of material and false and fraudulent pretenses, representations and promises, to wit, defendant WURTS drafted, and caused to be drafted, and transacted, and caused to be transacted, checks drawn on the accounts of Prosperity Bank, which she then and there well knew were not authorized and were not issued for the benefit of the account holder, and thereby unlawfully obtained money and funds under the custody and control of Prosperity Bank; all in violation of Title 18, United States Code, Sections 1344 and 2.

//
//
//
//
//

## Count 15

## BANK FRAUD

[18 U.S.C. § 1344]

30. The allegations set forth in paragraphs 1 through 11 and 14 through 21 above are realleged as if fully set forth herein.

31. On or about September 17, 2009, within the Southern District of California and elsewhere, defendant KATHLEEN WURTS (hereinafter referred to as "defendant WURTS"), did knowingly execute and attempt to execute a scheme and artifice, with the intent to defraud, and obtain money and funds owned by or under the custody and control of Prosperity Bank, federally insured financial institution, by means of material and false and fraudulent pretenses, representations and promises, to wit, defendant WURTS drafted, and caused to be drafted, and transacted, and caused to be transacted, checks drawn on the accounts of Prosperity Bank, which she then and there well knew were not authorized and were not issued for the benefit of the account holder, and thereby unlawfully obtained money and funds under the custody and control of Prosperity Bank; all in violation of Title 18, United States Code, Sections 1344 and 2.

## Counts 16 - 17

## ACCESS DEVICE FRAUD

[18 U.S.C. § 1029(a)(2)]

32. The allegations set forth in paragraphs 1 through 11 and 14 through 21 above are realleged as if fully set forth herein.

33. That on or about the dates set forth below (Column "A"), and continuing thereafter until on or about the dates set forth below (Column "B"), within the Southern District of California and elsewhere, defendant KATHLEEN WURTS (hereinafter referred to as

"defendant WURTS") did knowingly and with the intent to defraud, use one or more unauthorized access devices during any one year time period of the Indictment, and by such conduct obtained goods, services, and other things of value in excess of $1,000, that is, the defendant WURTS, unlawfully, and beyond her authorization, applied for, and used, credit cards using the name and personal information of the persons set forth below (Columns "C" and "D"), to obtain money and property for her own personal benefit and enrichment:

| "A" Count | "B" Beginning Date | "B" Ending Date | "C" Credit Card Owner's Initials | "D" Credit Card Information |
|---|---|---|---|---|
| 16 | January 28, 2009 | March 13, 2009 | P.L. | Visa card ending 5720 |
| 17 | October 6, 2009 | October 15, 2009 | A.R. | MasterCard ending 9580 |

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

DATED: May 17, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
JOSEPH ORABONA
Assistant U.S. Attorney

By: _____
ANNALOU TIROL
Assistant U.S. Attorney